RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joanne_Diamond@fd.org

Attorney for Brandon Andrus

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON ANDRUS, <br><br> Defendant. | Case No. 2:20-cr-00131-JCM-EJY <br><br> **STIPULATION TO CONTINUE REVOCATION HEARING** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Andrew W. Duncan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Brandon Andrus, that the Revocation of Supervised Release Hearing currently scheduled for August 12, 2021, at 10:30 a.m. be vacated and continued to a date and time convenient to this Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Andrus has a state court proceeding on August 18, 2021. The outcome of that proceeding will impact how this case proceeds. The parties are therefore requesting that this matter be continued for 60 days.

2. Mr. Andrus is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 30th day of July, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Andrew W. Duncan*<br>ANDREW W. DUNCAN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00131-JCM-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| BRANDON ANDRUS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, August 12, 2021 at 10:30 a.m., be vacated and continued to __October 20, 2021__ at the hour of 10:30 a.m.

DATED August 4, 2021.

_____
UNITED STATES DISTRICT JUDGE

3