# FILED
## UNDER
# SEAL

Prob12C
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER RELEASED ON BOND

Name of Offender: **Brandon Andrus**

Case Number:  **2:20CR00131**

Name of Sentencing Judicial Officer: **Honorable Ronnie L White**

Date of Original Sentence: **March 7, 2017**

Original Offense: **Conspiracy to Possess with Intent to Distribute Methamphetamine**

Original Sentence: **30 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **October 5, 2018**

Date Jurisdiction Transferred to District of Nevada: **June 22, 2020**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision: Bond

1. **Reside in a Residential Re-entry Center** – The defendant shall maintain residence at a halfway house or community corrections center as Pretrial Services or the supervising officer considers necessary.

   Andrus violated the rules of the residential reentry center as follows, which led to his removal from the facility as a program failure on August 27, 2021.

   A. On August 10, 2021, at approximately 4:00 PM, Andrus approached the sign out window and was informed he did not have an approved pass to leave the facility available. Andrus became confrontational with the staff member and shouted "You better fucking figure it out" as he demanded to be allowed to leave without an

RE: Brandon Andrus

approved pass. Andrus shouted profanity at the employee calling the female a "bitch" several times and a "bald headed boy". Andrus then threatened the staff member by stating "I will have someone come up here and kick your ass and make sure you bring someone for me". This resulted in counseling by the assistant director of the facility with Andrus due to the terroristic threats towards staff, in violation of code 203: Threatening another with bodily harm or any other offense.

B. On August 26, 2021, at approximately 3:30 PM, Andrus entered the smoke area of the residential reentry center after returning from a pass with a black bag, which is against the rules of the facility. When the staff member investigated the bag, it was found to contain outside food that is not allowed into the facility without cause. It was noted that Andrus had previously been warned regarding the same conduct during prior arrivals to the facility. For this reason, Andrus was in violation of code 307: Refusing to obey the order of any staff member.

C. On August 26, 2021, at approximately 3:40 PM, Andrus was seen at the monitoring station of the facility after his food was taken (noted in allegation 1B). Andrus was noted to have stood in front of the window questioning why his food was taken. As an employee of the center walked by Andrus flinched at the employee and stated "I will slap the shit out of you" while thrusting his hand as if he was going to slap the employee.

2. **Drug/Alcohol Testing** - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

Due to reports of Andrus being engaged in drug use just prior to his domestic violence arrest, he was placed back on drug testing when he was released on bond in this matter. Andrus failed to report to drug testing as required on the following dates:

- July 23, 2021
- August 3, 2021
- August 22, 2021

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

RE: Brandon Andrus

Prob12C
D/NV Form
Rev. June 2014

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **August 27, 2021**

*Bryce D. Stark* (Digitally signed by Bryce Stark Date: 2021.08.27 13:33:12 -07'00')

Bryce D. Stark
Senior United States Probation Officer

Approved:

*Benjamin Johnson* (Digitally signed by Ben Johnson Date: 2021.08.27 13:29:04 -07'00')

Benjamin B. Johnson
Supervisory United States Probation Officer

## THE COURT ORDERS

☐  No Action.

X  The issuance of a warrant.

☐  The issuance of a summons.

☐  Other:

*James C. Mahan*
Signature of Judicial Officer

August 27, 2021
Date

RE: Brandon Andrus

Prob12C
D/NV Form
Rev. June 2014

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. BRANDON ANDRUS, 2:20CR00131

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### August 27, 2021

Andrus was released from custody on bond pending the original petition in this case that was related to a domestic violence allegation. Since he has been at the residential reentry center, he has had violations at the facility as noted in this petition. Andrus has displayed threats of violence towards staff members at the residential reentry center, which are similar to the allegation conduct in the domestic violence allegation in the original petition. Andrus has a history of being difficult to converse with during some of his supervised release and with police at the time of his arrest for the domestic violence allegation. Although not noted as a violation, Andrus has displayed similar behavior towards the undersigned officer upon his arrival at the residential reentry center when he was released on bond, where he was noted to have clinched his fists during an initial conversation about the rules of the facility. Ultimately, that conversation had to be ended and resumed at a later time because of his demeanor and officer safety concerns.

While Andrus was present at the residential reentry center because he had no other means of housing while on bond, he has now been removed from the facility based on the above noted conduct and being warned as noted in this petition before his removal. The residential reentry center is not willing to accept Andrus back at their facility. Because Andrus continues to display a threat of danger to people directly engaged with him as a condition of this Court, it is respectfully recommended that a warrant be issued and he be held in custody until his final revocation hearing regarding all matters.

Respectfully submitted,

Digitally signed by Bryce Stark
Date: 2021.08.27 13:33:52 -07'00'

Bryce D. Stark
Senior United States Probation Officer

Approved:

Digitally signed by Ben Johnson
Date: 2021.08.27 13:29:29 -07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer