RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Brandon Andrus

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON ANDRUS,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00131-JCM-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Andrew W. Duncan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Brandon Andrus, that the Revocation of Supervised Release Hearing currently scheduled for October 21, 2021, at 11:00 a.m. be vacated and continued to a date and time convenient to this Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Andrus has a state court proceeding on November 17, 2021. The outcome of that proceeding will impact how this case proceeds. The parties are therefore requesting that this matter be continued for 60 days.

2. Mr. Andrus is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 13th day of October, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Joanne L. Diamond<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ Andrew W. Duncan<br>ANDREW W. DUNCAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00131-JCM-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| BRANDON ANDRUS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, October 21, 2021 at 11:00 a.m., be vacated and continued to  December 17, 2021  at the hour of 10:30 a.m.

DATED October 15, 2021.

_____
UNITED STATES DISTRICT JUDGE

3